**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Victor Larronde          JOINT DEBTOR: Mayra Larronde          CASE NO.:_____
Last Four Digits of SS# 5479          Last Four Digits of SS# 0815

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

      A.    $ 2192.77  for months 1 to 60 ; in order to pay the following creditors:

Administrative:          Attorney's Fee - $ 3650 TOTAL PAID $ 1500 Balance Due $ 2150
                            payable $ 86/month (Months 1 to 25)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Nationstar Mortgage LLC          Arrearage on Petition Date  $10,350.21
Address: 350 Highland Drive          Arrears Payment    $ 172.50    /month (Months 1 to 60)
Lewisville, TX 75067                Regular Payment    $ 1,674.75   /month (Months 1 to 60 )
Account No: xx3372

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service          Total Due  $ 2000
                                Payable    $ 33.33/month (Months 1 to 60)

Unsecured Creditors: Pay $ 6.92/month (Months 1 to 25) and Pay $ 92.92   /month (Months 26 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor surrenders and abandons all interest in the 2009 Jeep Patriot financed by TD Auto Finance. Debtor surrenders and abandons the Cemetery Lot Sec 23 Lot 88 Space 3 financed by Memorial Plan. Debtors is current with Regions Bank DBA Reg and will continue to pay said creditor directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.                    /s/Robert Sanchez, Esq.
Attorney for the Debtor                     Attorney for the Joint Debtor
Date: 03-01-2017                            Date: 03-01-2017

LF-31 (rev. 01/08/10)