**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In Re:

VICTOR D LARRONDE                          CHAPTER    13
MAYRA LARRONDE                             CASE NO.    17-12545-RAM

Debtors.
_____/

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**FILED BY TD AUTO FINANCE, LLC**
**REGARDING 2009 JEEP PATRIOT, VIN 1J8FT28B09D139501**

COMES NOW, Creditor, TD Auto Finance, LLC ("TDAF"), by its undersigned attorneys, hereby moves this Court for entry of a final order granting relief from stay as to property of the estate of the above-named Debtor, and in support thereof would show:

1.      This is a Motion to obtain a final order granting relief from automatic stay under 11 U.S.C. §§ 361, 362 and 363.

2.      The Debtor filed the instant Chapter 13 case on March 1, 2017.

3.      TDAF is a creditor of the Debtor, Victor Larronde, by virtue of a retail installment sale contract ("Contract") dated February 2, 2012, whereunder the Debtor purchased a 2009 Jeep Patriot, VIN 1J8FT28B09D139501 ("Collateral"), and the Contract was assigned to TDAF for value and in good faith. The Contract is attached hereto and incorporated herein.

4.      Said Contract grants TDAF a security interest in the Collateral, and the security interest is perfected by notation of TDAF's lien on the Certificate of Title. The electronic title is attached hereto and incorporated herein.

5.      The payoff amount due and owing under the Contract is $3,362.02 as of the filing of this Motion.

6.      The Chapter 13 Plan provides for the surrender of the Collateral.

7.      Pursuant to 11 U.S.C. §§ 361 and 363, TDAF is entitled to adequate protection for its interests in the subject Collateral.

8.      Pursuant to 11 U.S.C. §362(d)(1), TDAF is entitled to relief from stay for cause, including lack of adequate protection.

9       All conditions precedent to the relief demanded herein have been performed or have occurred.

10.       To the extent, if any, an additional fourteen (14) day stay pertains pursuant to Rule 4001(a) or any other applicable rule, TDAF requests that this Court use its prerogative to suspend the effectiveness of such Rule in this proceeding because the Collateral easily can be moved, secreted, and/or damaged within the fourteen day period.  In addition, TDAF prays that the Court suspend the Rule in all instances in which the Debtor consents.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, TDAF prays that:

1.       The automatic stay be terminated as to TDAF, its Collateral and the proceeds thereof, so that TDAF may proceed with any and all remedies available under state and/or federal law that are not inconsistent with Title 11 of the United States Code effective immediately, and TDAF is not stayed for fourteen (14) days before exercising its rights and remedies; and

2.       TDAF have such further and other relief to which it may be entitled in the premises.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Pursuant to Local Rule 9073-1(D) movant's attorney has contacted counsel for all adverse parties to attempt to resolve the matter without hearing.

/s/Bertis Echols
Bertis Echols, Esquire
Florida Bar Number 0063387
Attorneys for the Creditor TD Auto Finance, LLC
1000 Ridgeway Loop Rd, Suite 200
Memphis, TN 38120-4036
(901) 525-6781
(901) 248-6854 (fax)
bechols@evanspetree.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY THAT a true and correct copy of the foregoing Motion for Relief from Stay, with supporting Exhibits and Affidavit, was furnished by electronic or First Class U.S. Mail postage prepaid to Debtor, Victor D Larronde and Mayra Larronde, 7241 SW 137th Court, Miami, FL 33183-3133; Attorney for Debtor, Robert Sanchez, 355 W 49 St., Hialeah, FL 33012; Trustee, Nancy K. Neidich, POB 279806, Miramar, FL 33027; Office of the US Trustee, 51 S.W. 1st Avenue, Suite 1204, Miami, FL 33130, on this 10th day of March, 2017.

/s/Bertis Echols
Bertis Echols, Esquire
Florida Bar Number 0063387

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number _____  Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| VICTOR D LARRONDE 7241 SW 137 CT MIAMI, FL 33183 Buyer's Birth Month: ▮▮▮ | Co-Buyer's Birth Month: | -Car Factory Outlet- 709 NW 42 AVE MIAMI, FL 33126 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis at the Base Rate of __9.14__% per year. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Weight (lbs.) | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| ☑ New / USED | 2009 | JEEP PATRIOT | | 1J8FT28B09D139501 | ☑ personal, family or household ☐ business ☐ agricultural _____ |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $1,700.00 |
|---|---|---|---|---|
| 9.14 % | $ 4,891.96 | $ 15,911.00 | $ 20,802.96 | $ 22,502.96 |

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 288.93 | Monthly beginning 03/16/2012 |

Or As Follows: _____

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of __5__% of each installment.

**Prepayment.** If you pay off your debt early, you may have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, prepayment penalties, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

1 Cash Price (including $ __1,041.__ sales tax) — $ 15,370.00 (1)
2 Total Downpayment =
  Trade-In __N/A__ __N/A__ __N/A__
      (Year)   (Make)    (Model)
  Trade-In __N/A__
            (VIN)

|  |  |
|---|---|
| Gross Trade-In Allowance | $ N/A |
| Less Pay Off Made By Seller | $ N/A |
| Equals Net Trade In | $ N/A |
| + Cash | $ 1,700.00 |
| + Other  Rebate | $ |
| (If total downpayment is negative, enter "0" and see 4J below) | $ 1,700.00 (2) |

3 Unpaid Balance of Cash Price (1 minus 2) — $ 13,670.00 (3)
4 Other Charges Including Amounts Paid to Others on Your Behalf
  (Seller may keep part of these amounts):
  A Cost of Optional Credit Insurance Paid to Insurance Company or Companies. __N/A__
    Life $ N/A
    Disability $ N/A    $ N/A
  B Vendor's Single Interest Insurance Paid to Insurance Company — $ N/A
  C Other Optional Insurance Paid to Insurance Company or Companies — $ N/A
  D Optional Gap Contract — $ N/A
  E Official Fees Paid to Government Agencies — $ N/A
  F Government Documentary Stamp Taxes — $ 56.00
  G Government Taxes Not Included in Cash Price — $ N/A
  H Government License and/or Registration Fees
    Reg Fees 369.00 — $ 300.00
  I Government Certificate of Title Fees — $ N/A
  J Other Charges (Seller must identify who is paid and describe purpose)

| to | | for | | $ |
|---|---|---|---|---|
| N/A | | for Prior Credit or Lease Balance | | N/A |
| NATIONAL AUTO CARE CORP | for | 24/24000 | | 1,885.00 |
| N/A | for | N/A | | N/A |
| N/A | for | N/A | | N/A |
| N/A | for | N/A | | N/A |
| N/A | for | N/A | | N/A |

  Total Other Charges and Amounts Paid to Others on Your Behalf — $ 2,241.00 (4)
5 Loan Processing Fee Paid to Seller (Prepaid Finance Charge) — $ N/A (5)
6 Amount Financed (3 plus 4) — $ 15,911.00 (6)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 6, is paid in full on or before
__N/A__ , Year __N/A__  SELLER'S INITIALS _____

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term __N/A__ Mos. __N/A__
         Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X _(signature)_ DECLINED VA

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, **the cost of this insurance is $ __N/A__** and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract. You authorize us to purchase Vendor's or Lender's Single Interest Insurance.

Buyer Signs X _____ Co-Buyer Signs X _____ Date: _____

**Returned Check Charge:** If any check or order of payment you give us is dishonored, you will pay a charge if we make demand that you do so. The charge will be $25 if the check amount is $50 or less; $30 if the check is over $50 but not more than $300; $40 if the check amount is over $300, or such amount as permitted by law. _(initials) VA_

Florida documentary stamp tax required by law in the amount of $ __56.00__ has been paid or will be paid directly to the Department of Revenue. Certificate of Registration No. _____

**SELLER'S RIGHT TO CANCEL** - If Buyer and Co-buyer sign here, the provisions of the Seller's Right to Cancel section on the back, which gives the Seller the right to cancel within __15__ days, will apply.
X _(signature)_          X _____
Buyer Signs                           Co-Buyer Signs

### Insurance (right column)

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below. Your choice of insurance providers will not affect our decision to sell you the vehicle or extend credit to you.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**
### Optional Credit Insurance
☐ Credit Life ☐ Buyer ☐ Co-Buyer ☐ Both
Term __N/A__
☐ Credit Disability (Buyer Only)
Term __N/A__
Premium:
  Credit Life $ __N/A__
  Credit Disability $ __N/A__
Insurance Company Name __N/A__
Home Office Address __N/A__ __N/A__

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments.

If the box above is checked to indicate that you want credit life insurance, please read and sign the following acknowledgments:
1. You understand that you have the option of assigning any other policy or policies you own or may procure for the purpose of covering this extension of credit and that the policy need not be purchased from us in order to obtain the extension of credit.
X _____
Buyer            Date
X _____
Co-Buyer         Date
2. You understand that the credit life coverage may be deferred if, at the time of application, you are unable to engage in employment or unable to perform normal activities of a person of like age and sex. (You need not sign this acknowledgement if the proposed credit life insurance policy does not contain this restriction.)
X _____
Buyer            Date
X _____
Co-Buyer         Date
3. You understand that the benefits under the policy will terminate when you reach a certain age and affirm that your age is accurately represented on the application or policy.
X _____
Buyer            Date
X _____
Co-Buyer         Date

### Other Optional Insurance

☐ N/A    N/A
Type of Insurance        Term
Premium $ __N/A__
Ins. Co. Name & Address __N/A__ __N/A__

☐ N/A    N/A
Type of Insurance        Term
Premium $ __N/A__
Ins. Co. Name & Address __N/A__ __N/A__

☐ N/A    N/A
Type of Insurance        Term
Premium $ __N/A__
Ins. Co. Name & Address __N/A__ __N/A__

☐ N/A    N/A
Type of Insurance        Term
Premium $ __N/A__
Ins. Co. Name & Address __N/A__ __N/A__

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance checked above.
X _____
Buyer Signature            Date
X _____
Co-Buyer Signature         Date

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT.

## NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.
Buyer Signs X _(signature)_ Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
**See back for other important agreements.**

**NOTICE TO THE BUYER:** a) Do not sign this contract before you read it or if it contains any blank spaces. b) You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X _(signature)_ Date 02/02/2012     Co-Buyer Signs X _____ Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X -Car Factory Outlet- Date 02/02/2012 Address _____ X _(signature)_
Seller signs -Car Factory Outlet- Date _____ X _(signature)_ Title F/Z

Seller assigns its interest in this contract to **TD AUTO FINANCE LLC** (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse     ☐ Assigned without recourse     ☐ Assigned with limited recourse
Seller -Car Factory Outlet- By _(signature)_ Title F/Z

**LAW** FORM NO. 553-FL (REV. 5/09) U.S. PATENT NO. D460,782
© 2009 The Reynolds and Reynolds Company TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

ORIGINAL LIENHOLDER

## 1. FINANCE CHARGE AND PAYMENTS

**a. How we will figure Finance Charge.** We will treat any Prepaid Finance Charge as fully earned on the date of this contract. We will figure the rest of the finance charge on a daily basis at the Base Rate on the unpaid part of your Principal Balance. Your Principal Balance is the sum of the Amount Financed and the Prepaid Finance Charge, if any.

**b. How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of your Principal Balance and to other amounts you owe under this contract in any order we choose.

**c. How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

**d. You may prepay.** You may prepay all or part of your Principal Balance at any time. If the contract is paid in full within six months after the date you sign it, we may impose an acquisition charge, not exceeding $75, for services performed on your behalf for processing this contract. If you prepay, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**e. You may ask for a payment extension.** You may ask us for a deferral of the scheduled due date of all or any part of a payment (extension). If we agree to your request, we may charge you a $15 extension fee. You must maintain the physical damage insurance required by this contract (see below) during any extension. If you do not have this insurance, we may buy it and charge you for it as this contract says. You may extend the term of any optional insurance you bought with this contract to cover the extension if the insurance company or your insurance contract permits it, and you pay the charge for extending this insurance.

If you get a payment extension, you will pay additional finance charges at the Base Rate on the amount extended during the extension. You will also pay any additional insurance charges resulting from the extension, and the $15 extension fee if we charge you this fee.

## 2. YOUR OTHER PROMISES TO US

**a. If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

**b. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c. Security Interest.**
You give us a security interest in:
- The sale of all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle.

**d. Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium of the insurance and a finance charge at the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e. What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

## 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

**a. You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

**b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information on a credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of your Principal Balance plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

**c. You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's fee and court costs as the law allows. This includes any attorneys' fees we incur as a result of any bankruptcy proceeding brought by or against you under federal law.

**d. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

**e. How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

**f. We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

**g. What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

## 4. WARRANTIES SELLER DISCLAIMS

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

## 5. Used Car Buyers Guide.
The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

## 6. Optional Service Contracts.
You are not required to buy a service contract to obtain credit. Your choice of service contract providers for any service contracts you buy will not affect our decision to sell or extend credit to you.

## 7. Rejection or Revocation.
If you are permitted under Florida's Uniform Commercial Code to reject or revoke acceptance of the vehicle and you claim a security interest in the vehicle because of this, you must either: (a) post a bond in the amount of the disputed balance; or (b) deposit all installment payments as they become due into the registry of a court of competent jurisdiction.

## 8. Servicing and Collection Contacts.
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

## 9. Applicable Law
Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

---

**Seller's Right to Cancel**

**a.** Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take a few days for Seller to verify your credit, locate financing for you on the exact terms shown on the front of this contract, and assign this contract to a financial institution. You agree that Seller has the number of days stated on the front of this contract to assign this contract. You agree that if Seller is unable to assign this contract within this time period to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may cancel this contract.

**b.** If Seller elects to cancel per Paragraph a above, Seller will give you written notice (or in any other manner in which actual notice is given to you). In that event, you may have the option of negotiating and signing a new contract with different financing terms (for example, a larger down payment, a higher annual percentage rate, a required cosigner, etc.) or you may pay with alternate funds arranged by you.

**c.** Upon receipt of such notice, you must immediately return the vehicle to Seller in the same condition as when sold, reasonable wear and tear excepted. Seller must give you back all consideration Seller has received in accordance with the terms of the Retail Purchase Agreement or Buyers Order.

**d.** If you do not immediately return the vehicle, Seller may use any legal means to take it back (including repossession) and you will be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees.

**e.** While the vehicle is in your possession, all terms of this contract, including those relating to use of the vehicle and insurance for the vehicle, are in full force and you assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair of any damage done to the vehicle while the vehicle is in your possession.

**f.** The terms of this Seller's right to cancel survive Seller's cancellation of this contract.

---

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only if the "personal, family or household" box in the "Primary Use for Which Purchased" section of this contract is checked. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Form No. 553-FL 5/09



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# TD Auto Finance

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | 2/2/2012 |
| **Loan Number** | | **Perfected Date** | 3/15/2012 |
| **Branch** | 291 | **Payoff Date** | |
| | | | |
| **Borrower 1** | LARRONDE, VICTOR | **Dealer ID** | 17708 |
| **Borrower 2** | | **Dealer** | LEJEUNE AUTO WHOLESALE INC |
| **Borrower Address** | 7241 SW 137 CT MIAMI, FL 33183 | **Dealer Address** | 709 NW 42 AVENUE MIAMI, FL 33126 |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0208670138 |
| **Lienholder** | TD AUTO FINANCE LLC |
| **Lienholder Address** | PO BOX 997533 Sacramento, CA 95899 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 1J8FT28B09D139501 | **Issuance Date** | 3/9/2012 |
| **Title Number** | 0102029230 | **Received Date** | 3/15/2012 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2009 | **Odometer Reading** | |
| **Make** | JEEP | **Branding** | |
| **Model** | | | |
| | | | |
| **Owner 1** | LARRONDE VICTOR D | | |
| **Owner 2** | | | |
| **Owner Address** | 7241 SW 137 CT MIAMI, FL 3318331330 | | |

**Printed:** Monday, March 06, 2017 6:09:18 AM PST

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:
VICTOR D LARRONDE                    CHAPTER      13
MAYRA LARRONDE                       CASE NO.     17-12545-RAM

           Debtor(s).
_____  /

## AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Phil Meide, being first duly sworn, depose and say that I have knowledge of the facts hereinafter set forth based on a review of the business records of TD Auto Finance, LLC and that if sworn as a witness I can testify competently thereto:

1.      That I hold the position of Bankruptcy Representative for TD Auto Finance, LLC;

2.      This affidavit is based upon TD Auto Finance, LLC's loan payment records. These records are regularly maintained in the court of business of TD Auto Finance, LLC and it is the regular practice of TD Auto Finance, LLC to make and maintain these records. These records reflect loan payments that are noted in the records at the time of receipt by persons whose regular duties include recording this information. I maintain these records for TD Auto Finance, LLC and regularly use and rely upon them in the performance of my duties.

3.      I have knowledge of account number xxxxxx1247 and records related to a certain retail installment contract (the "Contract") between Victor D Larronde ("Debtor"), and LeJeune Auto Wholesale, Inc. ("Seller") for the purchase of collateral described as a **2009 JEEP PATRIOT, VIN: 1J8FT28B09D139501** (the "Vehicle");

4.      Seller assigned its rights and interest in and to the Contract to TD Auto Finance, LLC (the "Assignee");

5.      As of March 9, 2017, the payoff amount due and owing under the Contract is $3,362.02.

6.      I certify that all of the documents attached to the motion as an exhibit are true and accurate copies of the original documents.

7.    The affidavit is signed under penalty of perjury as being true and correct based on personal knowledge of TD Auto Finance, LLC's books and business records.


FURTHER AFFIANT SAYETH NAUGHT.

_Phillip Meide_

Phil Meide
Bankruptcy Representative
TD Auto Finance LLC


STATE OF FLORIDA        )
                        ) ss
COUNTY OF DUVAL         )


In witness whereof I have hereunto subscribed my name and affixed my official seal this 9th day of _March_ , 20__

My Commission Expires:

febuary 20th, 2018

_C C_

Notary Public


URI COHEN
MY COMMISSION # FF 092526
EXPIRES: February 12, 2018
Bonded Thru Notary Public Underwriters