UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

Victor D Larronde and　　　　　　　　　　　Case No.: 17-12545-RAM
Mayra Larronde,　　　　　　　　　　　　　　Chapter 13

　　　　Debtors.
　　_____/

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**
**FILED BY THE BANK OF NEW YORK MELLON**

THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 by Nationstar Mortgage LLC ("Secured Creditor"), by and through undersigned counsel, hereby objects to confirmation of the Debtors' Chapter 13 Plan (the "Plan") (Doc. No. 2) and in support thereof states:

1.　　Debtors' Bankruptcy Case:　　This case was commenced by the filing of a voluntary Chapter 13 petition on March 1, 2017 (the "Petition Date") by Victor D Larronde and Mayra Larronde (the "Debtors").

2.　　Collateral:　　Secured Creditor holds a mortgage lien against the Debtors' real property located at 7241 SW 137TH COURT, Miami, FL 33183 (the "Property").

3.　　Secured Creditor's Claim:　　Secured Creditor has not yet filed a proof of claim, but will do so prior to the expiration of the claims deadline.  Secured Creditor anticipates filing a proof of claim with an estimated total debt of $318,025.13 and arrearages in the amount of $10,013.27.  The current monthly payment is $1,742.17 ($1,053.37 for principal and interest and $688.80 for escrow).

4.　　Plan Treatment:　　The Plan provides for arrearages in the amount of $10,350.21 and a regular monthly payment of $1,674.75.  However, these figures do not conform

to Secured Creditor's anticipated Proof of Claim.

5. <u>Pre-petition Arrearage</u>:  The Plan is not in compliance with the requirements of 11 U.S.C. § 1322(b)(3),(5) and 1325(a)(5)(A), and cannot be confirmed since it fails to address (i) the pre-petition arrearage due to Secured Creditor; and (ii) the monthly post-petition installment payments due on Secured Creditor's mortgage claim.

6. <u>Secured Creditor does not Consent to the Plan:</u>  Secured Creditor does not consent to the treatment of its claim as proposed by the Debtors' Plan.  Accordingly, the Plan cannot be confirmed pursuant to 11 U.S.C. § 1325(a)(5)(A).

7. <u>Attorney's Fees and Costs:</u>  Secured Creditor has incurred additional fees and costs as a result of having to file this objection.

8. <u>Objection:</u>  Secured Creditor reserves the right to supplement and/or amend this Objection to Confirmation.

WHEREFORE, the Secured Creditor requests that the Court enter an order denying confirmation of the Debtors' Chapter 13 Plan, unless such Plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as the Court deems just and proper.

                                              MCCALLA RAYMER LEIBERT PIERCE, LLC

By:     /s/ Ashley Prager Popowitz
Ashley Prager Popowitz
Florida Bar No. 72341
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone:  754-263-1065
Fax:  754-263-1065
Email:  Ashley.Popowitz@mccalla.com

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing was served on March 13, 2017 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail to Victor D Larronde, 7241 SW 137th Court, Miami, FL 33183-3133.

               By:  /s/ Ashley Prager Popowitz
                   Ashley Prager Popowitz

- Bertis A Echols    bechols@evanspetree.com, sbruce@evanspetree.com
- Nancy K. Neidich    e2c8f01@ch13herkert.com, ecf2@ch13herkert.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Ashley Prager Popowitz    Ashley.popowitz@mrpllc.com, flbkecf@mrpllc.com
- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com