# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### 1st amended plan

DEBTOR: Victor Larronde          JOINT DEBTOR: Mayra Larronde          CASE NO.: 17-12545-RAM
Last Four Digits of SS# 5479          Last Four Digits of SS# 0815

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 2266.82 for months 1 to 60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 TOTAL PAID $ 1500 Balance Due $ 2150
        payable $ 86/month (Months 1 to 25)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Nationstar Mortgage LLC    Arrearage on Petition Date $10,303.27
Address: 350 Highland Drive    Arrears Payment    $ 171.72 /month (Months 1 to 60)
Lewisville, TX 75067    Regular Payment    $ 1,742.17 /month (Months 1 to 60)
Account No: xx3372

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service    Total Due $ 2000
        Payable    $ 33.33/month (Months 1 to 60)

Unsecured Creditors: Pay $ 6.92/month (Months 1 to 25) and Pay $ 92.92 /month (Months 26 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor surrenders and abandons all interest in the 2009 Jeep Patriot financed by TD Auto Finance. Debtor surrenders and abandons the Cemetery Lot Sec 23 Lot 88 Space 3 financed by Memorial Plan. Debtors surrenders and abandons all interest in the lot that is financed with Regions Bank DBA Reg. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor
shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____    _____
Debtor                          Joint Debtor
Date: 4-20-17              Date: 4/20/17

LF-31 (rev. 01/08/10)